JOHN E. PEER - State Bar No. 95978
JEFFREY A. DOLLINGER - State Bar No. 146582
CAITLIN R. STERNBERG - State Bar No. 255450
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone:  (213) 629-1600
Facsimile:   (213) 629-1660
jpeer@woollspeer.com
jdollinger@woollspeer.com
csternberg@woollspeer.com

Attorneys for
VALLEY FORGE INSURANCE COMPANY and
TRANSPORTATION INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE BRANCH

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY,<br><br>　　　Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>　　　Defendants.<br><br>LEXINGTON INSURANCE COMPANY<br><br>　　　Cross-Complainant,<br><br>v.<br><br>VALLEY FORGE INSURANCE COMPANY; TRANSPORTATION INSURANCE COMPANY and Does 1 through 10, inclusive,<br><br>　　　Cross-Defendants. | Case No.: 5:09-CV-01385-JF<br><br>Before the Hon. Jeremy Fogel<br><br>**[PROPOSED] ORDER ON STIPULATION TO EXTEND REPLY BRIEF DEADLINE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br><br>DATE:　　　　May 28, 2010<br>TIME:　　　　9:00 a.m.<br>COURTROOM:　3, 5th Floor<br>JUDGE:　　　Hon. Jeremy Fogel |

1

198013.1

5:09-CV-01385-PVT
[PRPOSED] ORDER

# STIPULATION TO EXTEND REPLY BRIEF DEADLINE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT

The Stipulation to Extend Reply Brief Deadline for Cross-Motions for Summary Judgment from May 14, 2010 to May 18, 2010 is hereby granted. The Case Management Conference presently scheduled for May 28, 2010 at 10:30 a.m. is hereby rescheduled to May 28, 2010 at 9:00 a.m. to be held directly following the hearing on the parties' cross-motions for summary judgment.

DATED: 4/2/10

The Honorable Jeremy Fogel
UNITED STATES DISTICT JUDGE