**E-Filed 7/29/2010**

MARY P. McCURDY (SBN 116812)
MARK S. JONES (SBN 143045)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: mary.mccurdy@mccurdylawyers.com
E-mail: mark.jones@mccurdylawyers.com

Attorneys for Defendant and Cross-Complainant
LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY and DOES 1 through 10 inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO. C 09-01385 JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date: July 30, 2010<br>Time: 10:30 a.m.<br>Ctrm: 3, 5th Floor<br>Judge: Hon. Jeremy Fogel |

The parties hereto respectfully request that the Court continue the further case management conference, currently scheduled for July 30, 2010, to August 13, 2010. The parties are requesting the continuance in order to have more time to determine how to proceed in light of the Court's recent ruling on the parties' motions for summary judgment.

Dated: July 29, 2010

McCURDY & FULLER LLP

*/s/ Mark S. Jones*

MARY P. McCURDY
MARK S. JONES
Attorneys for Defendant and Cross-Complainant
LEXINGTON INSURANCE COMPANY

39289

Dated: July 29, 2010

WOOLLS & PEER

*/s/ Caitlin Sternberg*

JEFFREY A. DOLLINGER
CAITLIN R. STERNBERG
Attorneys for Plaintiff and Cross-Defendant
VALLEY FORGE INSURANCE COMPANY and
Cross-Defendant TRANSPORTATION
INSURANCE COMPANY

## ORDER

The Court, having considered the parties' stipulation and request for continuance, hereby orders as follows: The further case management conference currently scheduled for July 30, 2010 at 10:30 a.m. is continued to August 13, 2010 at 10:30 a.m.

IT IS SO ORDERED.

Dated: 7/29/2010

*/s/ Jeremy Fogel*
Honorable Jeremy Fogel
United States District Judge

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500