1  MARY P. McCURDY (SBN 116812)
   MARK S. JONES (SBN 143045)
2  McCURDY & FULLER LLP
   4300 Bohannon Drive, Suite 240
3  Menlo Park, California 94025
   Telephone: (650) 618-3500
4  Facsimile: (650) 618-3599
   E-mail: mary.mccurdy@mccurdylawyers.com
5  E-mail: mark.jones@mccurdylawyers.com

6  Attorneys for Defendant and Cross-Complainant
   LEXINGTON INSURANCE COMPANY
7

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

| VALLEY FORGE INSURANCE COMPANY, | CASE NO. C 09-01385 JF |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| LEXINGTON INSURANCE COMPANY and DOES 1 through 10 inclusive, | Date: August 13, 2010<br>Time: 10:30 a.m.<br>Ctrm: 3, 5th Floor<br>Judge: Hon. Jeremy Fogel |
| Defendants. | |
| AND RELATED CROSS-ACTION. | |

    WHEREAS The parties have agreed to mediate this case, and

    WHEREAS the parties will attempt to complete mediation within 60 days;

    The parties respectfully request that the Court continue the currently scheduled case management conference scheduled for August 13, 2010 to October 8, 2010 at 10:30 a.m.

39465
212536.1

- 1 -

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

| | | |
|---|---|---|
| 1 | Dated: August 12, 2010 | McCURDY & FULLER LLP |

_____
MARY P. McCURDY
MARK S. JONES
Attorneys for Defendant and Cross-Complainant
LEXINGTON INSURANCE COMPANY

Dated: August 12, 2010            WOOLLS & PEER

_____
JEFFREY A. DOLLINGER
CAITLIN R. STERNBERG
Attorneys for Plaintiff and Cross-Defendant
VALLEY FORGE INSURANCE COMPANY and
Cross-Defendant TRANSPORTATION
INSURANCE COMPANY

### ORDER

The Court, having considered the parties' stipulation and request for continuance, hereby orders as follows: The further case management conference currently scheduled for August 13, 2010 at 10:30 a.m. is continued to October 8, 2010 at 10:30 a.m.

IT IS SO ORDERED.

Dated:  8/12/10

_____
Honorable Jeremy Fogel
United States District Court Judge

39465
212536.1

- 2 -