**E-Filed 9/20/2010**

1  MARY P. McCURDY (SBN 116812)
   MARK S. JONES (SBN 143045)
2  McCURDY & FULLER LLP
   4300 Bohannon Drive, Suite 240
3  Menlo Park, California 94025
   Telephone: (650) 618-3500
4  Facsimile: (650) 618-3599
   E-mail: mary.mccurdy@mccurdylawyers.com
5  E-mail: mark.jones@mccurdylawyers.com

6  Attorneys for Defendant and Cross-Complainant
   LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY and DOES 1 through 10 inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO. C 09-01385 JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date: October 8, 2010<br>Time: 10:30 a.m.<br>Ctrm: 3, 5th Floor<br>Judge: Hon. Jeremy Fogel |

A further case management conference before the Court in this case is currently scheduled for October 8, 2010 at 10:30 a.m. The parties have scheduled mediation for October 12, 2010, and therefore request that the Court continue the currently scheduled case management conference to October 15, 2010 at 10:30 a.m.

Dated: September 16, 2010          McCURDY & FULLER LLP


                                    /s/
                                   _____
                                   MARY P. McCURDY
                                   MARK S. JONES
                                   Attorneys for Defendant and Cross-Complainant
                                   LEXINGTON INSURANCE COMPANY

40025                               - 1 -

Stipulation and Order Continuing Further Case Management Conference - C-09-01385 JF

Dated: September 16, 2010                                    WOOLLS & PEER

                                                            /s/
                                           JEFFREY A. DOLLINGER
                                           CAITLIN R. STERNBERG
                                           Attorneys for Plaintiff and Cross-Defendant
                                           VALLEY FORGE INSURANCE COMPANY and
                                           Cross-Defendant TRANSPORTATION
                                           INSURANCE COMPANY

## ORDER

The Court, having considered the parties' stipulation and request for continuance, hereby orders as follows: The further case management conference currently scheduled for October 8, 2010 at 10:30 a.m. is continued to October 15, 2010 at 10:30 a.m.

IT IS SO ORDERED.

Dated: September 20, 2010

                                           Honorable Jeremy Fogel
                                           United States District Court Judge

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

40025

- 2 -

Stipulation and Order Continuing Further Case Management Conference - C-09-01385 JF