JOHN E. PEER - State Bar No. 95978
JEFFREY A. DOLLINGER - State Bar No. 146582
CAITLIN R. ZAPF - State Bar No. 255450
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone:  (213) 629-1600
Facsimile:   (213) 629-1660
jpeer@woollspeer.com
jdollinger@woollspeer.com
czapf@woollspeer.com

\*\*E-Filed 2/22/2011\*\*

Attorneys for
VALLEY FORGE INSURANCE COMPANY
and TRANSPORTATION INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE BRANCH

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 5:09-CV-01385-JF<br><br>Assigned to the Hon. Jeremy Fogel<br><br>[PROPOSED] **ORDER RE: DISMISSAL OF ENTIRE ACTION** |
| LEXINGTON INSURANCE COMPANY,<br><br>　　　　Cross-Complainant,<br><br>v.<br><br>VALLEY FORGE INSURANCE COMPANY; TRANSPORATION INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>　　　　Cross-Defendants. | |

It is hereby ORDERED that the entire action is dismissed, with prejudice. Each side to bear its own costs.

**IT IS SO ORDERED.**

Dated: 2/22/2011

_____
Honorable Jeremy Fogel
United States District Judge